UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FELIPE FERNANDEZ, on behalf of himself and all others similarly situated,

        Plaintiff,

-against-

VILLAS MARKET PLACE, INC.,

        Defendant.

25-CV-5512 (VSB) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

    Plaintiff Felipe Fernandez commenced this action against Defendant Villas Market Place, Inc., on July 3, 2025. (*See* ECF 1.) Plaintiff timely served Defendant with the Summons and Complaint in this action on July 17, 2025. (*See* ECF 7.) Defendant was required to respond to the Complaint by August 7, 2025. (*See id.*) To date, Defendant has not responded to the Complaint. The time for Defendant to respond to the Complaint is extended nunc pro tunc until **September 8, 2025.**

    Plaintiff is directed to serve by **August 20, 2025**, a copy of this order and the Complaint on Defendant. Such service shall be made by registered mail to Defendant's address, identified in the Summons as 5665 Broadway, Bronx, New York 10463 (*see* ECF 4), and by any email addresses use by Defendant and known to Plaintiff. Plaintiff is directed to file confirmation of such mailings on the docket by **August 20, 2025**.

DATED:  August 13, 2025
             New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge