UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FELIPE FERNANDEZ, on behalf of himself and all others similarly situated,

                Plaintiff,

-against-

VILLAS MARKET PLACE, INC.,

                Defendant.

25-CV-5512 (VSB) (RFT)

**ORDER**

---

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

    Plaintiff Felipe Fernandez commenced this action against Defendant Villas Market Place, Inc., on July 3, 2025. (*See* ECF 1.) Plaintiff timely served Defendant with the Summons and Complaint in this action on July 17, 2025. (*See* ECF 7.) Defendant was required to respond to the Complaint by August 7, 2025. (*See id.*) Defendant did not respond to the Complaint by August 7, 2025. On August 13, 2025, I extended Defendant's deadline to respond to the Complaint nunc pro tunc to September 8, 2025. (ECF 8.) On September 5, 2025, the parties stipulated to extend Defendant's deadline to respond to the Complaint to October 8, 2025, which I granted. (ECF 12.) To date, Defendant has not responded to the Complaint.

    The time for Defendant to respond to the Complaint is extended nunc pro tunc until **October 14, 2025.** Defendant is warned that failure to respond to the Complaint may result in an order instructing Plaintiff to seek a default judgment against Defendant for failure to defend this action.

DATED:  October 9, 2025
              New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge