UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
          :
FELIPE FERNANDEZ, on behalf of himself and :
all others similarly situated,                :
          :
                       Plaintiffs,    :          25-cv-5512 (VSB)
          :
                       -against-        :          **ORDER**
          :
VILLAS MARKET PLACE, INC.,              :
          :
                       Defendant.   :
          :
------------------------------------------------------------ X

**VERNON S. BRODERICK**, United States District Judge:

      I am in receipt of the parties' proposed consent decree. (Doc. 14.) The consent decree is deficient in that it does not detail the persons bound by the consent decree or that the consent decree has been read. Accordingly, it is hereby:

      ORDERED that the parties file an amended consent decree on or before October 30, 2025 curing the deficiencies.

SO ORDERED.

Dated: October 15, 2025
       New York, New York

                                                     Vernon S. Broderick
                                                     United States District Judge